**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>ASSAF WAKNINE<br>aka Assaf Oiknine<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR08-1033-CAS<br><br>**REPORT COMMENCING CRIMINAL ACTION** |

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1.   Date and time of arrest: 6/29/11 - 7:00 _____ ☑ AM / ☐ PM

2.   Defendant is in lock-up (in this court building)   Yes ☑        No ☐

3.   Charges under which defendant has been booked:

  18 USC 3144 - MATERIAL WITNESS

4.   Offense charged is a: ☑ Felony      ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

5.   U.S. Citizen: ☐ Yes      ☑ No          ☐ Unknown

6.   Interpreter Required: ☑ No      ☐ Yes: _____ (Language)

7.   Year of Birth: _____1973_____

8.   The defendant is: ☑ Presently in custody on this charge.
                     ☐ Federal - In custody on another conviction.
                     ☐ State - In custody awaiting trial on these charges.

9.   Place of detention (if out-of-district): N/A _____

10.  Date detainer placed on defendant: N/A _____

11.  This is a reprosecution of previously dismissed charges.  (Docket/Case No. _____)

12.  Does the defendant have retained counsel ?      ☑ No

  ☐ Yes    Name: _____ and Phone Number: _____

13.  Did you notify Pretrial Services?      ☐ No

  ☑ If yes, please list Officer's Name: DUTY OFCR _____ Time: 9:00 _____ AM / PM

14.  Remarks (if any): _____

15.  Date: 6/29/11 _____    16.  Name: _____ (Please Print)

17.  Agency: USMS _____    18.  Signature: _____

19.  Office Phone Number: 213 894-1376 _____

CR-64 (06/09)                    REPORT COMMENCING CRIMINAL ACTION